JESSIE S. PERKINS, as Executrix of WILLIAM A. SCHENCK, Deceased, Appellant, v. JOSEPH MEYER, JR., et al., Respondents.— Order entered August 11, 1948, denying plaintiff's motion to open default in service of reply to counterclaim unanimously reversed and the motion granted, without costs. We do not pass upon the sufficiency of the defenses. Such issues and all other issues raised in this somewhat unusual litigation should be disposed of on the merits at trial and the parties should now proceed expeditiously to trial without dilatory motions or any other unnecessary delay. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

DAVID E. BROOKS, Respondent, v. CUSHMAN'S SONS, INC., Appellant.— Order unanimously modified so as to eliminate items 7 and 16. Items 5 and 14 modified to read "1946" instead of "1939". We deem this period to be sufficient assuming without deciding plaintiff's theory of anticipatory breach is tenable. Books to be produced to be limited to the same years and to be used as provided in section 296 of the Civil Practice Act. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. The examination to proceed by Sydney Bare, Jr., the date for which examination shall be fixed in the order. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

PAUL HABERMAN et al., Individually and as Stockholders and Holders of Voting Trust Certificates Representing Stock of New York Ambassador, Inc., Suing in Behalf of Themselves and for the Benefit of said Corporation and of Other Stockholders and Voting Trust Certificate Holders of said Corporation, Respondents, v. JAMES J. ATKINSON et al., Appellants, et al., Defendants.— Order for examination before trial unanimously modified by denying items 9 to 13, inclusive, 19, 20 and 24 to 26, inclusive, and by limiting the examination under items 14 to 18-a, inclusive, and 22 and 23 to matters which occurred after January 1, 1936, and as so modified affirmed, with $20 costs and disbursements to the appellants. No opinion. The date for the examination shall be fixed in the order. Settle order on notice. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

I. G. S. COLLECTIVE BUYING CORP., Respondent, v. VINHERMA, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

EUGENE J. BUTTERLY, Respondent, v. THE WESTOVER, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. We do not pass upon the question as to whether an accident caused by a defective ladder used in cleaning windows on the ground floor of a structure comes within the provisions of section 202 of the Labor Law. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See post, p. 1034.]

ELLEN M. O'HEA, Appellant, v. COLGATE-PALMOLIVE-PEET COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.